**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

January 12, 2023

**VIA ECF**

Honorable Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Sylvester v. East Islip Union Free School District et. al*
             Docket No.:   17-CV-3116 (JFB)
             Our File No.:   5001.461

Dear Judge Brown:

      We represent the defendants in the captioned matter, which was resolved during trial before your Honor on October 18, 2022 (Docket Entry No. 104). The deadline for any requests for reinstatement is January 17, 2023 and we write on behalf of all parties to request an extension to February 17, 2023.

      Following the settlement in principle at Court on October 18, 2022, the parties reduced the settlement agreement to writing and the East Islip Union Free School District's Board of Education approved the agreement in December. Due to the intervening holidays, however, the settlement funds have not yet been forwarded to the plaintiff's counsel. We expect to be able to do so within the next two weeks. For this reason, the parties jointly request an extension of the time to consummate the settlement and file a Stipulation of Discontinuance. This is our first request for an extension.

      Thank you for your consideration of this matter.

                      Respectfully yours,

                      **SILVERMAN & ASSOCIATES**

                      Lewis R. Silverman

LRS/hj

cc:   **Via ECF**

      David Antwork, Esq.